UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Kathy Dietz
                              Plaintiff,

v.                                              Case No.: 1:11−cv−08318
                                                Honorable Ronald A. Guzman

NCO Financial Systems, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2011:

   MINUTE entry before Honorable Ronald A. Guzman: Pursuant to notice of voluntary dismissal, pursuant to settlement and F.R.C.P. Rule 41, it is hereby ordered that this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.